## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

MICKEY J. TANKERSLEY        :
                               :

    Plaintiff                  :
                               :

VERSUS                     :
                               :

PROTECTIVE INSURANCE       :     Cause No. _____
COMPANY, BALDWIN & LYONS, INC., :
TIMOTHY J. STEPHENS, AND     :
S & J POTASHNICK            :
TRANSPORTATION, INC.        :

    Defendants

---

## DEFENDANTS', PROTECTIVE INSURANCE COMPANY, BALDWIN & LYONS, INC., TIMOTHY J. STEPHENS, AND S & J POTASHNICK TRANSPORTATION, INC., NOTICE OF REMOVAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, **PROTECTIVE INSURANCE COMPANY, BALDWIN & LYONS, INC., TIMOTHY J. STEPHENS, AND S & J POTASHNICK TRANSPORTATION, INC.** (hereafter referred to as **"Defendants"**), Defendants in the above entitled and numbered cause, and hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b), based on diversity of citizenship jurisdiction, in order to effectuate the removal of the above-captioned from the 19th Judicial District Court  for the Parish of East Baton Rouge, Louisiana to the United States District Court for the Middle District of Louisiana, and states that removal is proper for the following reason:

## I

## PROCEDURAL HISTORY

1.

On March 28, 2022, a Petition for Damages (the "Petition") was filed on behalf of Plaintiff, **MICKEY J. TANKERSLEY** ("Plaintiff") in the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, entitled "Mickey J. Tankersley v. Protective Insurance Company, Baldwin & Lyons, Inc., Timothy J. Stephens and S & J Potashnick Transportation, Inc.", designated Case No. C-717214 Division 22 (Exhibit A). The Petition alleges counts of negligence against Defendant, Timothy J. Stephens arising out of an automobile accident on or about April 9, 2021 going southbound on Interstate 49 in the Parish of Desoto, State of Louisiana.

2.

The vehicle accident in question occurred in the southbound lane of Interstate 49 in the Parish of Desoto, Louisiana.

3.

Defendant, Timothy J. Stephens, was a resident of Poplar Bluff, Missouri at the time of the accident.

4.

Defendant, Timothy J. Stephens, was operating a vehicle under the authority of S & J Potashnick Transportation, Inc. at the time of the accident in question. S & J Potashnick Transportation, Inc. was incorporated in the State of Oregon at the time of the accident and maintained its principal place of business at 411 Lynual St., Sikeston,

Missouri, 63801. It continues to maintain its principal place of business at the same address today.

5.

Defendant, Protective Insurance Company, is a resident of the State of Indiana and maintains its principal place of business at 111 Congressional Boulevard, Suite 500, Carmel, Indiana 76032-5663.

6.

Defendant, Baldwin & Lyons, Inc., is a resident of the State of Indiana and maintains its principal place of business at 111 Congressional Boulevard, Suite 500, Carmel, Indiana 76032-5663.

7.

Defendants have all been served with the petition. Defendants also received citations with their copy of the petition, All Defendants are aware of the suit.

8.

A true and correct copy of the Petition is attached to the Exhibit A – State Proceedings, filed concurrently herewith.

9.

As discussed in greater detail below, jurisdiction based on diversity citizenship is proper because none of the Defendants are citizens of the State of Louisiana.

## GROUNDS FOR REMOVAL

10.

Based on the foregoing, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 and the matter is removed pursuant to 28 U.S.C. § 1441 and § 1446. The amount in controversy in Plaintiff's Petition is in excess of $75,000.00, as required by 28 U.S.C. § 1332. This Notice of Removal is timely because it is being filed within thirty (30) days of Defendants being made aware that Plaintiff's claimed amount in controversy exceeds $75,000.00, and within one (1) year of the commencement of this action. 28 U.S.C. § 1446(b)(3).

## PROCEEDINGS IN STATE COURT

11.

Defendants have filed an answer in the State Court Proceeding.

12.

Removal is timely under 28 USCS §1446(b)(3) because this motion is filed within 30 days of Defendants being made aware of the plaintiff's amount in controversy being greater than $75,000.00.

## II.

## CITIZENSHIP OF THE PARTIES

13.

The Petition, and each alleged cause of action contained therein, may be properly removed on the basis of diversity of citizenship jurisdiction, in that it is a civil action

between citizens or entities of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

**a.     Plaintiff Is a Citizen of Louisiana.**

14.

Defendants believe Plaintiff, **Mickey J. Tankersley**, to be a resident of Louisiana as the contact information provided on the State of Louisiana Uniform Motor Vehicle Traffic Crash Report lists Plaintiff's address as 2381 Highway 121, Hineston, Louisiana 71438. (Exhibit B; pg. 4)

**b.     Protective Insurance Company is Not a Citizen of Louisiana.**

15.

Defendant **Protective Insurance Company**, at all times applicable was and is a citizen of a State other than Louisiana within the meaning of 28 U.S.C. § 1332(c)(1). Defendant is a company organized and maintaining its principal place of business in Indiana at 111 Congressional Boulevard, Suite 500, Carmel, Indiana 76032-5663. Attached as part of the appendix is the Indiana Secretary of State, Business Information for **Protective Insurance Company.** (Exhibit C).

**c.     S & J Potashnick Transportation, Inc. is Not a Citizen of Louisiana.**

16.

Defendant, **S & J Potashnick Transportation, Inc.**, at all times applicable was and is a citizen of a State other than Louisiana within the meaning of 28 U.S.C. § 1332(c)(1). Defendant is a company organized in the State of Oregon and maintaining its principal place of business at 411 Lynual St., Sikeston, Missouri, 63801. (Exhibit D).

**d.     Baldwin & Lyons, Inc. is Not a Citizen of Louisiana.**

17.

Defendant, **Baldwin & Lyons, Inc.**, at all times applicable was and is a citizen of a State other than Louisiana within the meaning of 28 U.S.C. § 1332(c)(1). Defendant is a company organized and maintaining its principal place of business at 111 Congressional Boulevard, Suite 500, Carmel, Indiana 76032-5663. (Exhibit E).

**e.     Timothy J. Stephens is Not a Citizen of Louisiana.**

18.

Defendant, **Timothy J. Stephens**, at all times applicable was a resident of the state of Missouri. At the time of the accident in question, Mr. Stephens lived and resided at 2013 Hillsdale Drive, Poplar Bluff, Missouri 63901. (Exhibit B; pg. 2)

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

19.

The amount in controversy requirement is satisfied in this matter as evident in the plaintiff's responses to Requests for Admissions propounded by the defendants on April 19, 2022. In his response to Defendants' Requests for Admissions No. 9, Plaintiff admitted that his total claim for damages from the April 9, 2021 accident is greater than $75,000.01 (Exhibit F).

## VENUE

### 20.

Without waiving Defendants' right to challenge, among other things, personal jurisdiction and/or venue by way of a motion or otherwise, venue lies in the United States District Court for the Middle District of Louisiana, pursuant to 28 U.S.C. §§ 1441 (a), 1446(a) and 124(c)(6). This action originally brought in the 19th Judicial District Court, Parish of East Baton Rouge, Louisiana.

## SERVICE OF NOTICE OF REMOVAL

### 21.

Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given promptly to Plaintiff and, together with a copy of the Notice of Removal, will be filed with the Clerk of the 19th Judicial District Court, Parish of East Baton Rouge, Louisiana in the State Court Action. This Notice of Removal will be served on counsel for Plaintiff.

### 22.

In compliance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed and/or served in this action **will be sent to the United States District Court for the** Middle District of Louisiana **by the** 19th Judicial District Clerk of Court.

## PRAYER FOR REMOVAL

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the State Court Action now pending in the 19th Judicial District Court, Parish of East Baton Rouge, Louisiana, be discontinued and that this suit be removed to the United States District Court for the Middle District of Louisiana, through the filing of this Notice of Removal where venue lies.

Respectfully submitted,

PERKINS & ASSOCIATES, LLC

By: /s/ Adrian B. Stull
 Mark A. Perkins, # 18529
 Adrian B. Stull, #36040

401 Market Street, Suite 900
Shreveport, Louisiana 71101
Telephone: 318-222-2426
Facsimile: 318-222-0458

ATTORNEYS FOR PROTECTIVE
INSURANCE COMPANY, BALDWIN &
LYONS, INC., TIMOTHY J.
STEPHENS, AND S & J POTASHNICK
TRANSPORTATION, INC.

<u>**CERTIFICATE OF SERVICE**</u>

      This is to certify that all counsel of record who are deemed to have consented to electronic services are being served with a copy of the Court's CM/ECF system per Local Rule 5(f)(1) on this 3rd day of May, 2022. Any other counsel of record will be served by other options which have been checked below:

Robert L. Beck, III
LUNEAU & BECK, LLC
5208 Jackson Street ext., Suite A
Alexandria, Louisiana 71303

By:/s/ Adrian B. Stull
Adrian B. Stull, #36040
