EAST BATON ROUGE PARISH
Filed Mar 28, 2022 7:59 AM
Deputy Clerk of Court
E-File Received Mar 25, 2022 4:24 PM

C-717214
22

CIVIL SUIT NUMBER: _____

MICKEY J. TANKERSLEY                    19TH JUDICIAL DISTRICT COURT

VERSUS                                   PARISH OF EAST BATON ROUGE

PROTECTIVE INSURANCE COMPANY,
BALDWIN & LYONS, INC., TIMOTHY J.
STEVENS, AND S & J POTASHNICK
TRANSPORATION, INC                       STATE OF LOUISIANA

___

### PETITION FOR DAMAGES

The petition of MICKEY J. TANKERSLEY, a citizen and domiciliary of the Town of Hineston, Parish of Rapides, and State of Louisiana, with respect represents as follows:

1.

Made defendants herein are the following:

A. PROTECTIVE INSURANCE COMPANY, a foreign insurance company licensed to and doing business in the State of Louisiana and who may be served through its registered agent for service of process, The Honorable R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

B. BALDWIN & LYONS, INC., a foreign insurance company licensed to do and doing business in the State of Louisiana and who may be served through its registered agent for service of process, The Honorable Jim Donelon, Louisiana Insurance Commissioner, 1702 North Third Street, Baton Rouge, Louisiana 70808;

C. TIMOTHY J. STEPHENS, a resident and domiciliary of the State of Missouri and who may be served via the Louisiana Long Arm Statute at 2013 Hillsdale Drive, Poplar Bluff, Missouri 63901; and

D. S & J POTASHNICK TRANSPORATION, INC., a foreign corporation domiciled in the State of Oregon but who is licensed to do and doing business in the State of Louisiana and who may be served via the Louisiana Long Arm Statute through its registered agent for service of process, James H. Sanders, 4533 Channel Avenue, Portland, Oregon 97217.

2.

Venue is proper in East Baton Rouge Parish pursuant to La. Code Civ. Proc. Art. 42(7), because defendant, S & J POTASHNICK TRANSPORATION, INC., is a foreign insurer.

3.

On or about April 9, 2021, petitioner, MICKEY J. TANKERSLEY, was operating his vehicle in the inside, southbound lane on I-49 in the Parish of Desoto and State of Louisiana.


EXHIBIT A

4.

At or around the same time, defendant, TIMOTHY J. STEPHENS, was traveling in the outside, southbound lane of travel on I-49 in a 2019 Freightliner owned by and with the permission of his employer and defendant herein, S & J POTASHNICK TRANSPORTATION, INC.

5.

As petitioner, MICKEY J. TANKERSLEY, proceeded around the 2019 Freightliner that defendant, TIMOTHY J. STEPHENS, was operating, defendant, TIMOTHY J. STEPHENS suddenly and without warning, attempted to change lanes into petitioner's lane of travel, in the process of which, he collided with petitioner's vehicle.

6.

As a result of the collision, petitioner, MICKEY J. TANKERSLEY, sustained bodily injury as well as property damage to and the loss of use of his vehicle.

7.

At the time of the accident sued upon herein and at all other times pertinent to this litigation, defendant, TIMOTHY J. STEPHENS, was employed by and acting in the course and scope of his employment with defendant, S & J POTASHNICK TRANSPORTATION, INC.

8.

At the time of this accident sued upon herein and at all other times pertinent to this litigation, defendants, TIMOTHY J. STEPHENS and S & J POTASHNICK TRANSPORTATION, INC., were insured under a policy of insurance through defendants, PROTECTIVE INSURANCE COMPANY and/or BALDWIN & LYONS, INC.

9.

The aforedescribed accident was caused by the fault and negligence of defendant, S & J POTASHNICK TRANSPORTATION, INC., individually and through the acts and/or omissions of its employee and defendant herein, TIMOTHY J. STEPHENS, which consisted of the following acts and/or omissions:

    A.    Failing to check for traffic before entering a preempted lane of travel;

    B.    Following too closely;

    C.    Operating a vehicle in a careless and inattentive state;

    D.    Failing to take proper evasive maneuvers;

  E. Failing to respond to traffic conditions in a reasonable and timely manner;

  F. Failing to act as a reasonable and prudent driver would and should have acted;

  G. Failing to observe what a reasonable and prudent driver would and should have observed;

  H. Traveling at an excessive rate of speed under the circumstances;

  I. Failing to provide adequate training of drivers in its employment;

  J. Failing to abide by the rules of the road and the laws, ordinances, and statutes of the Parish of Desoto and State of Louisiana.

10.

As a result of the aforedescribed accident, petitioner, MICKEY J. TANKERSLEY, sustained the following types of damage:

  A. Physical pain and suffering (past, present, and future);

  B. Mental suffering, anxiety, and emotional upset (past, present, and future);

  C. Medical, hospital, and related healthcare expense (past, present, and future);

  D. Impairment, disability, and loss of enjoyment of life (past, present, and future);

  E. Property damage to and loss of use of his vehicle; and

  F. Loss of wages and earning capacity (past, present, and future).

11.

Defendants, PROTECTIVE INSURANCE COMPANY and/or BALDWIN & LYONS, INC., are also liable unto petitioner, MICKEY J. TANKERSLEY, for penalties and attorney fees pursuant to La. Rev. Stat. 22:1892 for their failure to compensate petitioner for his property damage claim within 30 days after receipt of satisfactory proofs of loss of that claim.

12.

For the above and forgoing reasons, petitioner, MICKEY J. TANKERSLEY, claims damages from defendants, PROTECTIVE INSURANCE COMPANY, BALDWIN & LYONS, INC., TIMOTHY J. STEPHENS, and S & J POTASHNICK TRANSPORTATION, INC., jointly, severally, and *in solido*, in amounts deemed reasonable and just by this Honorable Court, together with legal interest thereon from the date of judicial demand until paid, together with all costs of these proceedings.

WHEREFORE, PETITIONER PRAYS THAT:

A. Defendants be served with a copy of this petition and be duly cited to appear and answer same;

B. After due proceedings had and trial hereof, there be judgment rendered herein and in favor of petitioner, MICKEY J. TANKERSLEY, and against defendants, PROTECTIVE INSURANCE COMPANY, BALDWIN & LYONS, INC., TIMOTHY J. STEPHENS, and S & J POTASHNICK TRANSPORTATION, INC., jointly, severally, and *in solido*, in amounts deemed reasonable and just by this Honorable Court, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings; and

C. He be granted full, general and equitable relief.

Respectfully submitted,

LUNEAU & BECK, L.L.C.

s/Robert L. Beck III
ROBERT L. BECK III (La. Bar Roll #29083)
W. JAY LUNEAU (La. Bar Roll #21731)
SARA B. DANTZLER (La. Bar Roll #29821)
5208 Jackson Street Ext., Suite A
Alexandria, Louisiana 71303
Telephone: (318) 445-6581
Facsimile: (318) 445-3708
Email: robert@luneaubecklaw.com
ATTORNEYS FOR PETITIONER

**PLEASE SERVE DEFENDANTS, AS FOLLOWS:**

1. PROTECTIVE INSURANCE COMPANY
   Through its registered agent for service of process
   The Honorable R. Kyle Ardoin
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana 70809; and

2. BALDWIN & LYONS, INC.
   Through its registered agent for service of process
   The Honorable Jim Donelon
   Louisiana Insurance Commissioner
   1702 North Third Street
   Baton Rouge, Louisiana 70808

**PLEASE RETURN TWO (2) COPIES OF THE PETITION FOR DAMAGES AND CITATION TO BE SERVED VIA THE LONG ARM STATUTE ON DEFENDANT:**

1. TIMOTHY J. STEPHENS
   2013 Hillsdale Drive
   Poplar Bluff, Missouri 63901; and

2. S & J POTASHNICK TRANSPORATION, INC.
   Through its registered agent for service of process
   Mr. James H. Sanders
   4533 Channel Avenue
   Portland, Oregon 97217