UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICKEY J. TANKERSLEY** | **CIVIL ACTION NO.: 3:22-CV-00285** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **PROTECTIVE INSURANCE COMPANY, ET AL** | **MAGISTRATE JUDGE WILDER-DOOMES** |

## JUDGMENT

The Court having issued its *Written Reasons for Judgment*,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor Plaintiff Mickey J. Tankersley and against Defendants Timothy J. Stephens, S&J Potashnick Transportation, Inc, Baldwin & Lyons, Inc.,[1] and Protective Insurance Company, in solido, in the sum of $1,908,799.78 with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Mickey J. Tankersley is entitled to costs upon application in accordance with M.D. La. Civ. R. 54(a), (c) including expert witness fees for the doctors who testified by deposition: David S. Muldowny, M.D.; Malcom J. Stubbs, M.D.; and Sean Stehr, M.D.

Signed in Baton Rouge, Louisiana, on June 25, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] While the evidence did not make clear what role, if any, Baldwin and Lyons, Inc. played in the accident, "Defendants have stipulated to liability in this matter[,]" (Doc. 63 at 2), and therefore defendant Baldwin and Lyons, Inc. is cast in judgment.